[No. 29093-2-I.   Division One.   May 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYBE JUNIOR BEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03346-5, Faith Enyeart, J., entered August 20, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield, J., Forrest, J., dissenting.

[No. 29098-3-I.   Division One.   May 17, 1993.]

*In the Matter of the Marriage of* CANDICE BRALLEY, *Petitioner, and* DAVID BRALLEY, *Respondent.*

BEATRICE R. GIBSON, *Appellant*, v. THE COUNTY OF SNOHOMISH, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-3-01323-9, Richard J. Thorpe, J., entered August 8, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ. Now published at 70 Wn. App. 646.

[No. 28874-1-I.   Division One.   May 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL C. GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 91-1-00046-7, Richard J. Thorpe, J., entered July 3, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Agid, JJ. Withdrawn August 9, 1993. See 70 Wn. App. 1077.